## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **JEFFREY RAY BEARD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-0092-AMM-NAD** |
| | ) | |
| **WARDEN WALKER,** | ) | |
| **FCI Talladega,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

Jeffrey Ray Beard filed an amended *pro se* petition for habeas corpus relief pursuant to 28 U.S.C. § 2241, seeking release from custody. Doc. 7. [1] Mr. Beard then was released from custody. *See* Docs. 14, 14-1. On January 7, 2026, the magistrate judge entered a report recommending that Mr. Beard's petition be dismissed as moot. Doc. 15. The magistrate judge advised the parties of their right to file objections to the report and recommendation within fourteen days, *id*., at 4–5, but that time expired without the court receiving any objections.

---

[1] Mr. Beard also seeks monetary compensation for his time in prison, but monetary damages are unavailable in a habeas case. *See Preiser v. Rodriguez*, 411 U.S. 475, 484, 494 (1973) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody . . . . In the case of a damages claim, habeas corpus is not an appropriate or available federal remedy.").

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the petition should be **DISMISSED** as **MOOT**.

A final judgment will be entered.

**DONE** and **ORDERED** this 18th day of March, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE